

Antoinette Varela, CSR
2100 Bloomdale Road, Suite 30146
McKinney, TX  75071
Phone: 972.548.4572
Email:  avarela@co.collin.tx.us

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

3/23/2015 9:34:29 AM

LISA MATZ
Clerk

March 23, 2015

Sent via electronically

Lisa Matz, Clerk of the Court
Fifth Court of Appeals
600 Commerce Street
2nd Floor
Dallas, TX  75202

Re:  Trial Court Cause Number 005-00782-2014, Court of Appeals Cause Number 05-15-00209-CV, Discover Bank v. Rita Chacon

Ms. Matz,

The Reporter's Record for the above-entitled and –numbered case on appeal is due March 23, 2015.  As of today's date there has been no designation of record filed and financial arrangements have not been.

Thank you for your time in advance.

Sincerely,
Antoinette Varela, CSR 7590